# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| SHAEDA BURGESS, individually, and on behalf of other similarly situated individuals,<br><br>          Plaintiff,<br><br>          v.<br><br>UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., a Florida limited partnership, d/b/a UNIVERSAL ORLANDO RESORT,<br><br>          Defendant. | Case No. _____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Universal City Development Partners, Ltd. ("Defendant") hereby provides notice of removal of this action from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division. In support of this Notice of Removal, Defendant states as follows:

      1.    On October 16, 2019, Plaintiff Shaeda Burgess ("Plaintiff") filed a putative class action complaint against Defendant in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, captioned *Shaeda Burgess v. Universal City Development Partners, Ltd. d/b/a Universal Orlando Resort*, No. 2019-CA-012678-O (the "State Court Action").

2. Plaintiff provided Defendant with a Waiver of Service of Process form and a copy of the Complaint filed in the State Court Action on October 24, 2019, and Defendant executed and returned the Waiver of Service of Process form on October 29, 2019.

3. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(1) because it is filed within 30 days of "receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter."

4. Pursuant to 28 U.S.C. § 1446(a), all process, pleadings, and orders that have been filed and served in the State Court Action are being filed as exhibits to this Notice.

5. Pursuant to 28 U.S.C. §§ 1331 and 1441(a), removal is proper because the Complaint includes claims arising under the laws of the United States. Specifically, the Complaint asserts a single count for alleged violation of the Fair and Accurate Credit Transactions Act, 15 U.S.C. § 1681 *et seq.*

6. Venue is proper in the Orlando Division of the Middle District of Florida because the State Court Action is pending within the jurisdictional confines of this Court. 28 U.S.C. § 1446(a).

7. Defendant will provide written notice of the filing of this Notice of Removal to Plaintiff and the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant hereby removes this civil action to this Court on the bases identified above.

Dated:  November 12, 2019             UNIVERSAL CITY DEVELOPMENT
                                      PARTNERS, LTD.

                                      By:  /s/Joel Griswold

                                      Joel Griswold (jcgriswold@bakerlaw.com)
                                      Florida Bar No.:  1008827
                                      **BAKER & HOSTETLER LLP**
                                      SunTrust Center
                                      200 South Orange Avenue, Suite 2300
                                      Orlando, Florida 32801
                                      Telephone: (407) 649-4088

                                      *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that he caused a true copy of the foregoing **Notice of Removal** to be served on counsel of record via First Class U.S. Mail and email on November 12, 2019, to:

    Scott D. Owens
    SCOTT D. OWENS, P.A.
    3800 S. Ocean Dr., Ste. 235
    Hollywood, FL 33019
    Tel: (954) 589-0588
    Fax: (954) 337-0666
    scott@scottdowens.com

    James S. Giardina
    THE CONSUMER RIGHTS LAW
    GROUP, PLLC
    3104 W. Waters Ave., Ste. 200
    Tampa, FL 33614
    Tel: (813) 413-5610
    Fax: (866) 535-7199
    james@consumerrightslawgroup.com

    *Counsel for Plaintiff and*
    *the Putative Class*

                                              /s/Joel Griswold
                                              Joel Griswold