## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

SHAEDA BURGESS, individually, and )
on behalf of other similarly situated )
individuals, )
           )
               Plaintiff, )
           )
          v. )         Case No. 6:19-cv-2156-Orl-31GJK
           )
UNIVERSAL CITY DEVELOPMENT )
PARTNERS, LTD., a Florida limited )
partnership, d/b/a UNIVERSAL )
ORLANDO RESORT, )
           )
             Defendant. )

### NOTICE OF PENDENCY OF RELATED ACTIONS

In accordance with Local Rule 1.04(d), on behalf of the Defendant, I certify that the instant action:

   __X__  IS        related to a pending civil case previously filed in this Court, as indicated below:

                               Shaeda Burgess v. Universal City Development Partners, Ltd., Case No. 6:19-cv-01041-WWB-LRH

   _____  IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:  November 12, 2019        UNIVERSAL CITY DEVELOPMENT
                                      PARTNERS, LTD.

                                      By:  /s/Joel Griswold_____

                                      Joel Griswold (jcgriswold@bakerlaw.com)
                                      Florida Bar No.:  1008827

**BAKER & HOSTETLER LLP**
SunTrust Center
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone: (407) 649-4088

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 12, 2019, a true and correct PDF copy of the

foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system,

which will send a notice of electronic filing to the following:

> Scott D. Owens
> SCOTT D. OWENS, P.A.
> 3800 S. Ocean Dr., Ste. 235
> Hollywood, FL 33019
> Tel: (954) 589-0588
> Fax: (954) 337-0666
> scott@scottdowens.com
>
> James S. Giardina
> THE CONSUMER RIGHTS LAW
> GROUP, PLLC
> 3104 W. Waters Ave., Ste. 200
> Tampa, FL 33614
> Tel: (813) 413-5610
> Fax: (866) 535-7199
> james@consumerrightslawgroup.com
>
> *Counsel for Plaintiff and*
> *the Putative Class*

/s/Joel Griswold
Joel Griswold