**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SHAEDA BURGESS, individually, and on behalf of other similarly situated individuals,**

                 **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No.  6:19-cv-2156-Orl-31GJK**

**UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD.,**

                 **Defendant.**
_____

## ORDER OF TRANSFER

In the interests of justice, the undersigned transfers this case to United States Magistrate Judge Leslie R. Hoffman, with her permission, to be considered along with Case No. 6:19-cv-01041-78-LRH.

**DONE** and **ORDERED** in Orlando, Florida on November 13, 2019.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties