# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| SHAEDA BURGESS, individually, and on behalf of other similarly situated individuals, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Judge Gregory A. Presnell<br>) |
| UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., a Florida limited partnership, d/b/a UNIVERSAL ORLANDO RESORT, | ) Case No. 6:19-cv-2156-Orl-31GJK<br>)<br>)<br>)<br>) |
| Defendant. | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  Universal City Development, Partners, LTD, a Florida limited partnership, d/b/a Universal Orlando Resort.

Dated:  November 13, 2019.

                                                                                               Respectfully submitted,

                                                                                               s/ *Joel Griswold*
                                                                                                **Joel Griswold, Esq.**
                                                                                                Florida Bar No.:  1008827
                                                                                                E-Mail: jcgriswold@bakerlaw.com
                                                                                                **BAKER & HOSTETLER LLP**
                                                                                                Sun Trust Center, #2300
                                                                                                200 South Orange Avenue
                                                                                                Orlando, Florida 32801-3432
                                                                                                Telephone: (407) 649-4000
                                                                                                Fax: (407) 841-0168
                                                                                                *Counsel for Defendant*

4838-5693-7132.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of November 2019, a true and correct copy of the foregoing has been served via ECF to all counsel of record on this action.

<i>s/Joel Griswold</i><br>
Joel Griswold

4838-5693-7132.1