# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

SHAEDA BURGESS, individually, and
on behalf of other similarly situated
individuals,

           Plaintiff,

        v.

UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD., a Florida limited
partnership, d/b/a UNIVERSAL
ORLANDO RESORT,

           Defendant.

Judge Gregory A. Presnell

Case No. 6:19-cv-2156-Orl-31GJK

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**Plaintiff:**
**Shaeda Burgess – Plaintiff**
**The Consumer Rights Law Group, PLLC – Attorneys for Plaintiff**
**Scott D. Owens, P.A. – Attorneys for Plaintiff**
**Scott D. Owens, Esq. – Attorney for Plaintiff**
**James S. Giardina, Esq. – Attorney for Plaintiff**

**Defendant:**
**Universal City Development Partners, LTD. – Defendant**
**Baker & Hostetler, LLP – Attorneys for Defendant**
**Joel Griswold, Esq. – Attorney for Defendant**

    **Universal City Development Partners, Ltd. is an indirect subsidiary of NBCUniversal Media, LLC.**

**NBCUniversal Media, LLC is indirectly owned by Comcast Corporation, which is publicly held. No other publicly held corporation owns 10% or more of ownership interest in NBCUniversal Media, LLC or Universal City Development Partners, Ltd.**

<u>**Other Identifiable Legal Entities:**</u>
**Matra Systems, Inc.**
**Omnico Group**

2.      The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None.**

3.      The name of every other entity, which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**Matra Systems, Inc.**
**Omnico Group**

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Shaeda Burgess – Plaintiff**
**Universal City Development Partners, LTD. – Defendant**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Dated: November 13, 2019.

Respectfully submitted,

s/ *Joel Griswold*
**Joel Griswold, Esq.**
Florida Bar No.: 1008827
E-Mail: jcgriswold@bakerlaw.com
**BAKER & HOSTETLER LLP**

Sun Trust Center, #2300
200 South Orange Avenue
Orlando, Florida 32801-3432
Telephone: (407) 649-4000
Fax: (407) 841-0168

***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of November 2019, a true and correct copy

of the foregoing has been served via ECF to all counsel of record on this action.

*s/Joel Griswold*
Joel Griswold