# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SHAEDA BURGESS,**

    **Plaintiff,**

**v.**                                                                       **Case No:   6:19-cv-2156-Orl-31GJK**

**UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD.,**

    **Defendant.**

## ORDER

This matter is before the Court *sua sponte*.   Upon consideration, it is

**ORDERED** that this case is hereby transferred to the Honorable Wendy W. Berger, with her consent, for all further proceedings for consideration with 6:19-cv-1041-Orl-78LRH.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 13, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party