# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SHAEDA BURGESS,

           Plaintiff,

                                  Case No. 6:19-cv-02156-WWB-LRH

v.

UNIVERASAL CITY DEVELOPMENT
PARTNERS, LTD.,

           Defendant.

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

<u>XXX</u>     IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                     *Shaeda Burgess v. Universal City Development Partners, Ltd.*
                     No. 6:19-cv-01041-WWB-LRH

<u>    </u>     IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

     I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: December 5, 2019

 s/ *Scott D. Owens*
Scott D. Owens, Esq.
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL 33019
Tel: 954-589-0588
Fax: 954-337-0666
scott@scottdowens.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that December 5, 2019, I electronically filed the accompanying document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                                              By:  s/ *Scott D. Owens*
                                                     Scott D. Owens, Esq.