## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

SHAEDA BURGESS, individually, and on
behalf of other similarly situated individuals,

                Plaintiff,

vs.

UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD. a Florida limited
partnership, d/b/a UNIVERSAL ORLANDO
RESORT,

                Defendant.

Case No. 6:19-cv-02156

Judge Wendy W. Berger

Magistrate Judge Leslie R. Hoffman

### DEFENDANT'S RESPONSE TO COURT'S DECEMBER 16, 2019 ORDER

On December 16, 2019, this Court entered an order requiring the parties to "show cause, in writing, to this Court…why this case [*Burgess II*] should not be consolidated and joined for trial under Federal Rule of Civil Procedure 42(a) and Local Rule 1.04(c) with case number 6:19-cv-1041-Orl-78LRH [*Burgess I*]."   (Doc. 16.)   Simultaneously with this Response, Defendant, Universal City Development Partners, Ltd. ("Defendant") has filed a motion to dismiss *Burgess II* pursuant to the first-filed rule.   Defendant's position, as articulated in that motion to dismiss, is that *Burgess II* should be dismissed because it is duplicative of *Burgess I*.   Defendant incorporates here by reference the first-filed arguments from its motion to dismiss *Burgess II*.

However, if the Court is not inclined to dismiss this case based on the first-filed rule, then Defendant alternatively agrees that it should be consolidated with *Burgess I*.

Dated:  December 23, 2019        Respectfully submitted,

UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD.


By:  /s/ *Joel Griswold*       

Joel Griswold jcgriswold@bakerlaw.com
rbouey@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 S. Orange Ave., Suite 2300
Orlando, Florida 32801-3432
Telephone: (407) 649-4088
Facsimile:  (407) 841-0168

*Counsel for Defendant,*
*Universal City Development Partners, Ltd.*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing document was served this 23rd day of December, 2019, via the court's CM/ECF system upon all counsel of record.


*/s/ Joel Griswold*
Joel Griswold