**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CASE NO. 6:19-cv-2156-Orl-78LRH

| | |
|---|---|
| SHAEDA BURGESS, *individually, and on behalf of other similarly situated individuals*,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., *a Florida limited partnership*, d/b/a UNIVERSAL ORLANDO RESORT,<br><br>Defendant. | **CLASS ACTION**<br><br>(JURY TRIAL DEMANDED) |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO EXCEED PAGE LIMITATION**

Plaintiff, Shaeda Burgess ("Plaintiff") by and through undersigned counsel hereby seeks leave of Court to exceed the twenty (20) page limit under Local Rule 3.01 for her Response to Defendant's Motion to Dismiss Complaint [ECF No. 18], and states as follows:

1. On December 23, 2019, Defendant, Universal City Development Partners, LTD., a Florida limited partnership, d/b/a Universal Orlando Resort ("Defendant") filed its Motion to Dismiss Complaint. [ECF No. 18].

2. In its Motion, Defendant has thrown the "kitchen-sink" at Plaintiff including whether the Complaint should be dismissed based on the first-filed rule, whether Plaintiff has sufficiently pled a willful violation, whether Plaintiff has prudential standing, and whether Plaintiff has sufficiently pled causation. *See* [ECF No. 18].

3. To adequately address all the legal and factual issued resulting from Defendant's four legal arguments, Plaintiff respectfully requests that the Court expand the page limit for Plaintiff's Response by a brief five (5) pages, and thus permitting Plaintiff to file a Response of up to twenty-five (25) pages in length.

4. Plaintiff respectfully submits that the requested excess pages are necessary so that she can fairly and fully argue the factual information and various complex issues of law.

## MEMORANDUM OF LAW

Local Rule 3.01(b) generally limits the length of a response memorandum to not more than ten (20) pages, not including title pages preceding the first page of text, signature pages, certificates of good faith conferences, certificates of service, and attached exhibits. An expansion of this limitation is a matter for the Court's discretion, and extra pages are commonly allowed when the evidence and issues before the court necessitate an extension of the page limitation to adequately address the merits of the case. *See*, *e.g.*, *Staple v. Nw. Mut. Life Ins. Co.*, No. 8:17-CV-3066-T-35TGW, 2019 WL 645210, at *2 (M.D. Fla. Jan. 11, 2019) (allowing oversized brief despite failure of counsel to move for enlargement of page limitation where issues and evidence before the court were complex and voluminous); *Arval Serv. Lease S.A. v. Clifton*, No. 3:14-CV-1047-J-39MCR, 2014 WL 12615698, at *2 (M.D. Fla. Oct. 2, 2014) (same); *Papapanos v. Lufthansa German Airlines*, No. 94-2667CIVMARCUS, 1996 WL 33155438, at *5 (S.D. Fla. Apr. 16, 1996) (denying motion to strike oversized brief in the interest of ruling on the merits); *Harrison v. Prince William County Police Dept.*, 640 F. Supp. 2d 688 (ED Va. 2009) (permitting an oversized brief to discuss additional evidence and amplify legal arguments).

Plaintiff has complied with this Court's deadlines and has endeavored to keep her briefing succinct. Unfortunately, Defendant's brief that seeks dismissal under four different legal and/or procedural theories requires more than twenty (20) pages to respond to fully and adequately. Consequently, in order to adequately address the issues raised in Defendant's Motion, Plaintiff requests a brief five (5) page enlargement to respond.

**WHEREFORE**, Plaintiff respectfully requests the Court grant the instant motion, allowing five (5) additional pages, and thus permitting the filing of a Response brief of up to twenty-five (25) pages in length.

### Rule 3.01(g) Conferral

The undersigned hereby certifies that he has conferred with opposing counsel regarding the relief requested herein on January 2, 2020 and Counsel indicated that Defendant does not oppose a five (5) page enlargement.

Dated: January 2, 2020                                   Respectfully submitted,

/s/*Scott D. Owens*

Scott D. Owens, Esq.
Florida Bar No. 0597651
SCOTT D. OWENS, P.A.
3800 S. Ocean Drive, Suite 235
Hollywood, FL 33019
Telephone: (954) 589-0588
Facsimile: (954) 337-0666
scott@scottdowens.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 2, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date in some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Scott D. Owens*
Scott D. Owens, Esq.