# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SHAEDA BURGESS,**

    **Plaintiff,**

**v.**                                                    **Case No: 6:19-cv-2156-Orl-78LRH**

**UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD.,**

    **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION (Doc. No. 23)**
>
> **FILED:**      **January 2, 2020**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff may file a response to Defendant's motion to dismiss (Doc. No. 18) not exceeding twenty-five (25) pages in length.

**DONE** and **ORDERED** in Orlando, Florida on January 6, 2020.

*/s/ Leslie R. Hoffman*
**LESLIE R. HOFFMAN**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:

- 2 -

Counsel of Record
Unrepresented Parties